IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEODORO ACOSTA and<br>TEODORO ROGEL,<br>on behalf of themselves and all other persons<br>similarly situated, known and unknown,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT BYRON & COMPANY, INC.,<br>and SCOTT BYRON, individually,<br><br>Defendants. | Case No. 08 C 699 |

### NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

By my signature below I represent to the Court that I have been employed by Scott Byron & Company, Inc., or its parents, subsidiary or affiliated companies, within the prior three (3) years, that I have worked for Defendant time in excess of forty (40) hours in individual work weeks, and have not been paid all of the minimum and/or overtime wages owed to me pursuant to 29 U.S.C. §201, et. seq. I authorize through this Consent the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to myself.

Name: _Teodoro Acosta_ (print your name)

Signature: _Teodoro Acosta_

Date on which I signed this Notice: _2-1-08_
(today's date)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEODORO ACOSTA and<br>TEODORO ROGEL,<br>on behalf of themselves and all other persons<br>similarly situated, known and unknown,<br><br>        Plaintiffs,<br><br>v.<br><br>SCOTT BYRON & COMPANY, INC.,<br>and SCOTT BYRON, individually,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 08 C 699<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A
COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT**

By my signature below I represent to the Court that I have been employed by Scott Byron & Company, Inc., or its parents, subsidiary or affiliated companies, within the prior three (3) years, that I have worked for Defendant time in excess of forty (40) hours in individual work weeks, and have not been paid all of the minimum and/or overtime wages owed to me pursuant to 29 U.S.C. §201, et. seq. I authorize through this Consent the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to myself.

Name: _Teodoro Rojel_ (print your name)

Signature: _Teodoro Rojel_

Date on which I signed this Notice: _2-1-08_
                                           (today's date)

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that true and correct copies of the foregoing **Teodoro Acosta and Teodoro Rogel's Notice of Consent to Become a Party Plaintiff in a Collective Action Under the Fair Labor Standards Act** were served via regular U.S. mail on February 29, 2008 on:

>Scott Byron & Company, Inc.
>c/o Reg. Agent, Scott Byron
>& Scott Byron, individually
>30088 N. Skokie Highway
>Lake Bluff, IL  60044

>s/Douglas M. Werman
>Douglas M. Werman