IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEODORO ACOSTA and <br> TEODORO ROGEL, <br> on behalf of themselves and all other persons <br> similarly situated, known and unknown, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT BYRON & COMPANY, INC., <br> and SCOTT BYRON, individually, <br><br> Defendants. | Case No. 08 C 699 |

NOTICE OF FILING

TO:   Scott Byron & Company, Inc.
      c/o Reg. Agent, Scott Byron
      & Scott Byron, individually
      30088 N. Skokie Highway
      Lake Bluff, IL  60044

**PLEASE TAKE NOTICE** that on February 29, 2008, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Teodoro Acosta and Teodoro Rogel's Notice of Consent to Become a Party Plaintiff in a Collective Action Under the Fair Labor Standards Act**, copies of which are attached hereto and are hereby served upon you.

Respectfully submitted,

Dated: February 29, 2008

s/Douglas M. Werman
DOUGLAS M. WERMAN(#6204740)
MAUREEN A. BANTZ (#6289000)
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
312-419-1008
Attorneys for Plaintiffs