### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **TEODORO ACOSTA and** | ) | |
| **TEODORO ROGEL,** | ) | |
| **on behalf of themselves and all other persons** | ) | |
| **similarly situated, known and unknown,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No.  08 C 699** |
| **v.** | ) | |
| | ) | |
| **SCOTT BYRON & COMPANY, INC.,** | ) | |
| **and SCOTT BYRON, individually,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### STIPULATION OF DISMISSAL

Plaintiffs Teodoro Acosta and Teodoro Rogel, on behalf of themselves and all other persons similarly situated, known and unknown, by their attorneys, Werman Law Office, P.C., respectfully request that this case be voluntarily dismissed in its entirety *without* prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated:  March 28, 2008

s/Douglas M. Werman
Douglas M. Werman (ARDC #6204740)
Maureen A. Bantz (ARDC #6289000)
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Stipulation of Dismissal** was served via electronic mail on March 28, 2008 on:

Robert H. Brown
Laner, Muchin, Dombrow, Becker,
Levin and Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60610

s/Douglas M. Werman
Douglas M. Werman