IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEODORO ACOSTA and<br>TEODORO ROGEL,<br>on behalf of themselves and all other persons<br>similarly situated, known and unknown,<br><br>        Plaintiffs,<br><br>    v.<br><br>SCOTT BYRON & COMPANY, INC.,<br>and SCOTT BYRON, individually,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No.  08 C 699<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF FILING

TO:    Robert H. Brown
       Laner, Muchin, Dombrow, Becker,
       Levin and Tominberg, Ltd.
       515 North State Street, Suite 2800
       Chicago, Illinois 60610


       **PLEASE TAKE NOTICE** that on March 28, 2008, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Stipulation of Dismissal**, a copy of which is attached hereto and is hereby served upon you.


                                          Respectfully submitted,


Dated: March 28, 2008

                                          s/Douglas M. Werman
                                          DOUGLAS M. WERMAN(#6204740)
                                          MAUREEN A. BANTZ (#6289000)
                                          Werman Law Office, P.C.
                                          77 W. Washington, Suite 1402
                                          Chicago, Illinois 60602
                                          312-419-1008
                                          Attorneys for Plaintiffs