# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 699 | **DATE** | 4/18/2008 |
| **CASE TITLE** | Teodoro Acosta, et al vs. Scott Byron & Co., Inc. | | |

**DOCKET ENTRY TEXT**

Pursuant to Parties' Stipulation of Dismissal [11], This action is dismissed in its entirety without prejudice, pursuant to FRCP 41(a)(1)(ii).  Any pending motions, deadlines or dates are stricken, moot and terminated. Civil case terminated.  Parties need not appear on 4/21/2008.

/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|

Case 1:08-cv-00699   Document 13   Filed 04/18/2008   Page 1 of 1

08C699 Teodoro Acosta, et al vs. Scott Byron & Co., Inc.                              Page 1 of 1